**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00706-CV

### IN RE: THE COMMITMENT OF DONALD RAY MILLAR

**On Appeal from the 196th District Court
Hunt County, Texas
Trial Court Cause No. 84681**

## ORDER

Before the Court is the July 26, 2018 request of court reporter LaToya Young-Martinez for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to Monday, August 27, 2018.

/s/    ADA BROWN
        JUSTICE